UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X    Chapter 15
In re:                                                         :
                                                               :    Case No. 15-_____( )
**SHERSON GROUP INC.**,                                        :
                                                               :
                                                               :
                                                               :
Debtor in a Foreign Proceeding                                 :
-------------------------------------------------------------- X

     I, Gilles Benchaya, solely in my capacity as Partner of Richter Advisory Group Inc., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

     1.    Richter Advisory Group Inc. ("Richter") has been authorized as the proposal trustee and foreign representative of Sherson Group Inc. ("Company") and, accordingly, has full authority to verify this petition.

     2.    I have read the foregoing petition and I am informed and believe, based on my review of information provided to Richter by the Company and representations made to Richter by individuals employed by the Company, that the factual allegations contained therein are true and accurate.

     3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  2nd  day of July, 2015 in Toronto, Canada

 

                                            _____
                                            Gilles Benchaya, solely in his capacity as
                                            Partner of Richter Advisory Group Inc., in its
                                            capacity as proposal trustee and foreign
                                            representative of Sherson Group Inc.