**BLANK ROME LLP**
Michael B. Schaedle
Rick Antonoff
Gregory F. Vizza (*pro hac vice* admission pending)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

*Attorneys for Richter Advisory Group Inc.*
*In Its Capacity as Proposal Trustee and Foreign Representative for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| **SHERSON GROUP INC.,** | Case No. 15-11765-shl |
| Debtor in a Foreign Proceeding. | |

## CERTIFICATE OF SERVICE

I, Michael B. Schaedle, hereby certify that on the 15th day of July, 2015, I caused copies of the *Notice of Cancellation of Preliminary Injunction Hearing* [Docket No. 22] to be served upon the parties listed on the attached service list in the manner set forth therein.

Dated: New York, New York
       July 15, 2015

                                           BLANK ROME LLP

                                           By: */s/ Michael B. Schaedle*
                                                  Michael B. Schaedle
                                                  The Chrysler Building
                                                  405 Lexington Avenue
                                                  New York, New York 10174
                                                  Tel: (212) 885-5000
                                                  Fax: (212) 885-5001
                                                  *Attorneys for Richter Advisory Group Inc.*
                                                  *In Its Capacity as Proposal Trustee and Foreign*
                                                  *Representative for the Debtor*

## SERVICE LIST

SHERSON GROUP INC.
1446 Don Mills Road, Suite 100
Toronto, Ontario
M3B 3N6  Canada
**(OVERNIGHT COURIER)**

AIRD & BERLIS LLP
Attn: Sam Babe
Brookfield Place, 181 Bay Street
Suite 1800, Box 754
Toronto, Ontario
M5J 2T9  Canada
Fax: (416) 863-1515
E-mail: sbabe@airdberlis.com
(*Canadian Counsel to Sherson Group Inc.*)
**(ELECTRONIC MAIL)**

CHAITONS LLP
Barristers and Solicitors
Attn: Harvey Chaiton
5000 Yonge Street, 10th Floor
Toronto, Ontario
M2N 7E9  Canada
Fax: (416) 218-1849
E-mail: harvey@chaitons.com
(*Counsel to Business Development Bank of Canada*)
**(ELECTRONIC MAIL)**

GOWLING LAFLEUR HENDERSON LLP
Attn: David Cohen
1 First Canadian Place
100 King Street West, Suite 1600
Toronto, Ontario
M5X 1G5  Canada
Fax: (416) 862-7661
E-mail: david.cohen@gowlings.com
(*Counsel to Bank of Montreal*)
**(ELECTRONIC MAIL)**

NINE WEST DEVELOPMENT CORPORATION
Jones Investment Co. Inc.
Attn: Ms. Robin Mandell
1007 Orange Street, Suite 225
Wilmington, Delaware 19801
(*U.S. Creditor*)
**(FIRST CLASS MAIL)**

NINE WEST FOOTWEAR CORPORATION
Attn: President, General Counsel or Managing Agent
1129 Westchester Avenue
White Plains, New York 10604-3529
Fax: (914) 640-5307
(*U.S. Creditor*)
**(OVERNIGHT COURIER)**

JONES JEWELRY GROUP INC.
Nine West Victoria
385 Fifth Avenue
New York, New York  10016
(*U.S. Creditor*)
**(OVERNIGHT COURIER)**

OFFICE OF THE UNITED STATES TRUSTEE
Attn: Brian S. Masumoto, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Fax:  (212) 668-2255
(*United States Trustee*)
**(OVERNIGHT COURIER)**

| | |
|---|---|
| CASSELS BROCK & BLACKWELL LLP<br>Attn:  Jane O. Dietrich<br>2100 Scotia Plaza, 40 King Street West<br>Toronto, Ontario<br>M5H 3C2  Canada<br>Fax: (416) 640-3144<br>E-mail: jdietrich@casselsbrock.com<br>(*Canadian Counsel to Foreign Representative*)<br>***(ELECTRONIC MAIL)*** | STIKEMAN ELLIOT LLP<br>Attn:  Elizabeth Pillon<br>5300 Commerce Court West, 199 Bay Street<br>Toronto, Ontario<br>M5L 1B9  Canada<br>E-mail: lpillon@stikeman.com<br>(*Canadian Counsel to Nine West Development Corporation and Nine West Footwear Corporation*)<br>***(ELECTRONIC MAIL)*** |
| KIRLKAND & ELLIS LLP<br>Attn:  James A. Stempel<br>300 North LaSalle<br>Chicago, IL 60654<br>Fax: (312) 862-2200<br>E-mail: james.stempel@kirkland.com<br>(*Canadian Counsel to Nine West Development Corporation and Nine West Footwear Corporation*)<br>***(ELECTRONIC MAIL)*** | |

146057.01600/101215332v.1